United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**DEAN COPPER** *et al.*,

        **Plaintiffs,**

        **vs.**

**KAMALA D. HARRIS** *et al.*,

        **Defendants.**

**Case No.: CV-12-00987 YGR**

**ORDER CHANGING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND CONTINUING HEARING ON MOTION**

Pursuant to the parties' Stipulated Request to Change the Time for Plaintiffs to File their Response(s) to Defendants' Motion to Dismiss, Dkt. No. 19, the Court modifies the following dates:

The deadline for Plaintiffs to file their response(s) to Defendants' Motion to Dismiss is **EXTENDED** to **May 15, 2012**.

The Hearing on the Motion to Dismiss is **CONTINUED** from May 29, 2012 to **July 10, 2012** at **2:00 p.m**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 27, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**