**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEAN COPPER** *et al.*, <br><br> **Plaintiffs,** <br><br> vs. <br><br> **KAMALA D. HARRIS** *et al.*, <br><br> **Defendants.** | Case No.: CV-12-00987 YGR <br><br> **ORDER CHANGING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND CONTINUING HEARING ON MOTION** |

Pursuant to the parties' Stipulated Request to Change the Time for Plaintiffs to File their Response(s) to Defendants' Motion to Dismiss, Dkt. No. 19, the Court modifies the following dates:

The deadline for Plaintiffs to file their response(s) to Defendants' Motion to Dismiss is **EXTENDED** to **May 15, 2012**.

The Hearing on the Motion to Dismiss is **CONTINUED** from May 29, 2012 to **July 10, 2012** at **2:00 p.m**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**